**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JUAN MORAN-ROMERO, )<br>   Petitioner, )<br>  v. )<br>JAMES SHERMAN, Warden, )<br>   Respondent. ) | Civil Action No. 06-107 Erie |

## MEMORANDUM ORDER

  This habeas corpus action was received by the Clerk of Court on May 8, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

  The Magistrate Judge's Report and Recommendation [Doc. No. 13], filed on February 16, 2007, recommended that Petitioner's Petition be dismissed for lack of subject matter jurisdiction. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After _de novo_ review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

  AND NOW, this 6th day of March, 2007;

  IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED for lack of subject matter jurisdiction.

  The Report and Recommendation [Doc. No. 13] of Magistrate Judge Baxter, filed on February 16, 2007, is adopted as the opinion of the Court.

              s/  Sean J. McLaughlin
                 United States District Judge

cm: All parties of record
   Susan Paradise Baxter, U.S. Magistrate Judge